Order issued December 7, 2012



**In The**

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-11-01317-CR

**TOMMY COLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## ORDER

The trial court imposed appellant's sentence on September 21, 2011. Appellant filed his original motion for new trial the same day. The trial court overruled that motion in an undated order. Appellant filed an amended motion for new trial, styled "Second Motion for New Trial and Motion in Arrest of Judgment," on October 21, 2011.

We **ORDER** the trial court to make written findings of whether the amended motion for new trial was filed before or after the court overruled the original motion for new trial. We further order the trial court to transmit a record of the findings to this Court within fourteen days of the date of this order.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal

shall be reinstated fourteen (14) days from the date of this order.

_____
LANA MYERS
PRESIDING JUSTICE